# UNITED STATES DISTRICT COURT
## District of Minnesota

Christy Blake,

                      Plaintiff,

v.

William & Fudge, Inc.,

                      Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   15-cv-1550 (PAM/FLN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above entitled action against Defendant shall be and hereby is DISMISSED WITH PREJUDICE, without costs, disbursements, or attorney fees to any party.

Date: 05/29/2015

                                                RICHARD D. SLETTEN, CLERK

                                                s/M. Price

                               (By)                    M. Price, Deputy Clerk